10-2153-cv
Fallica v. United States

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of March, two thousand eleven.

PRESENT: BARRINGTON D. PARKER,
               GERARD E. LYNCH,
               RAYMOND J. LOHIER, JR.,
                 *Circuit Judges*.

———————————————————————

RAYMOND J. FALLICA, CHERYL A. WOLF,
                 *Plaintiffs-Appellants*,

            v.                            No. 10-2153-cv

UNITED STATES OF AMERICA,
                 *Defendant-Appellee*.

———————————————————————

| | |
|---|---|
| FOR APPELLANTS: | Raymond J. Fallica, *pro se*, Wheatley Heights, New York; Cheryl A. Wolf, *pro se*, Quogue, New York. |
| FOR APPELLEE: | Varuni Nelson, James H. Knapp, Assistant United States Attorneys, *for* Loretta E. Lynch, United States Attorney, Eastern District of New York, Central Islip, New York. |

Appeal from a judgment of the United States District Court for the Eastern District of New York (Joseph F. Bianco, *Judge*).

UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court is AFFIRMED.

Appellants Raymond J. Fallica and Cheryl A. Wolf, proceeding *pro se*, appeal the district court's judgment granting the Government's motion to dismiss their complaint. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* a district court's dismissal of a complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), accepting as true the factual allegations in the complaint and drawing all reasonable inferences in the plaintiff's favor. *See Macias v. Zenk*, 495 F.3d 37, 40 (2d Cir. 2007); *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006). Having conducted an independent and *de novo* review of the record in light of these principles, we affirm the district court's judgment for substantially the same reasons stated in the magistrate judge's report and recommendation and in the district court's decision and order. We have considered Appellants' arguments on appeal and have found them to be without merit. Accordingly, the judgment of the district court is hereby AFFIRMED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2